UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 23-cv-02138 |
| v. | ) ) | |
| DECATUR INDUSTRIAL ELECTRIC, INC., a Delaware corporation, and JERMALE MURPHY, | ) ) ) ) | |
| Defendants. | ) | |

**DEFAULT JUDGMENT**

    This matter coming before the Court upon Great American Insurance Company's Motion for Default Judgment against Decatur Industrial Electric, Inc., a judgment by default is hereby entered against Decatur and in favor of Great American, declaring that Great American has no duty under the insurance policy attached to its complaint, to defend Decatur against the suit filed by Jermale Murphy in this District (case # 2:23-cv-02014), or to pay on Decatur's behalf any **Costs of Defense** or other **Loss** (as defined in that policy) which Decatur is or becomes legally obligated to pay as a result of that suit.

Dated: 2/15/24

s/Colin Bruce
Colin S. Bruce, U.S. District Judge

Jermale Murphy, defendant, hereby consents to entry of, and agrees to be bound by the foregoing default judgment.

Dated: February 7, 2024

BY: /s/ Thalia Pacheco
Counsel for Jermale Murphy

Thalia Pacheco
Fish Potter Bolaños, P.C.
200 E. 5th Avenue, Suite 115
Naperville, Illinois 60563
(312)861-1800
tpacheco@fishlawfirm.com